UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MARIA ROCHA                                                                                                           PLAINTIFF

v.                                                                                                        NO. 3:20-CV-495-CRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security[1]                                                       DEFENDANT

## ORDER

This court having reviewed the Report and Recommendation of the United States Magistrate Judge and finding no error of fact or law therein and Plaintiff Maria Rocha having filed only a general exception to the report, standing solely on her prior arguments (DN 23), and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (DN 22) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and incorporated by reference herein and the final decision of the Commissioner of Social Security denying Plaintiff Maria Rocha a period of disability and disability insurance benefits will be affirmed by separate final judgment.

March 2, 2022

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Federal Rules of Civil Procedure 25(d), Kilolo Kijakazi shall be substituted for Andrew Saul as Defendant in this case.